# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2025

## NO. 03-24-00465-CR

**Bobby Joe Jones, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows: "Original Punishment Assessed" as "**5 YEARS INSTITUTIONAL DIVISION, TDCJ PROBATED 10 YEARS**"; unchecking the box for "General Fine"; and deleting the language, "**APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.**" The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.